IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LESLIE C. WASHINGTON,

        Petitioner,

  v.

PAUL COPENHAVER, Warden, Federal Corrections Institution, Dublin, THE BUREAU OF PRISONS, et al.,

        Respondents.
                                          /

No. CV-09-0838 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the petition for a writ of habeas corpus under § 2241 is hereby DISMISSED without prejudice to petitioner's filing a new habeas corpus action after exhausting the BOP's administrative appeals process.

Dated: March 16, 2009

                                              Richard W. Wieking, Clerk

                                              By: Tracy Lucero
                                              Deputy Clerk